HENRY L. BRESSINGHAM, Respondent, *v.* CITY OF NEW YORK et al., Defendants, and MAROSY PLUMBING & HEATING CO., INC., et al., Appellants. MAROSY PLUMBING & HEATING CO., INC., Third-Party Plaintiff-Appellant, *v.* BRINSMADE HOMES, INC., Third-Party Defendant, and NACLERIO CONTRACTING CO., INC., Third-Party Defendant-Respondent.

Argued October 4, 1955; decided November 23, 1955.

*Patrick E. Gibbons* and *James O. Denniston* for Marosy Plumbing & Heating Co., Inc., appellant and third-party plaintiff-appellant.

*Samuel Shapiro* and *William J. Kenney* for Naclerio Contracting Co., Inc., appellant and third-party defendant-respondent.

*B. Leo Schwarz, Frank J. Cafaro* and *Marc Bazin* for respondent.

Judgment affirmed, with costs to the plaintiff against both defendants and with costs to the defendant Naclerio Contracting Co., Inc., against the defendant Marosy Plumbing & Heating Co., Inc. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.